IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

```
FILED
IN OPEN COURT
APR 2 1 2005
CLERK
U. S. DISTRICT COURT
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 6:05cv00085ACC-KRS

DAVID R. CONDON, and
MARTHA O. HAYNIE, COMPTROLLER,
ORANGE COUNTY, FLORIDA,

    Defendants.
_____/

## ORDER GRANTING PERMANENT INJUNCTION

This matter comes before the Court on Motion of the United States for a permanent injunction against defendants David R. Condon and Martha O. Haynie, Comptroller of Orange County, Florida. Having found that the United States has established the prerequisites for issuance of a permanent injunction, it is ORDERED, ADJUDGED, and DECREED as follows:

    1. Defendant Condon is permanently enjoined from preparing, publishing, or filing any judgment, lien, or other such document designed to encumber the property of any employee of the United States as a means to molest, interrupt, hinder or impede that person in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

    2. Defendant Condon is permanently enjoined from causing to be prepared, published, or filed any judgment, lien or other such document designed to encumber the

property of any employee of the United States as a means to molest, interrupt, hinder or impede that person in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

3. Defendant Condon is permanently enjoined from preparing, publishing, or filing any judgment, lien or other such document designed to encumber the property of any other person or entity as a means to molest, interrupt, hinder or impede that person or entity in the course of complying with any directive of or otherwise cooperating with any employee of the United States;

4. Defendant Condon is permanently enjoined from causing to be prepared, published, or filed any judgment, lien or other such document designed to encumber the property of any other person or entity as a means to molest, interrupt, hinder or impede that person or entity in the course of complying with any directive of or otherwise cooperating with any employee of the United States;

5. Defendant Condon is permanently enjoined from contacting or causing to be contacted any credit reporting agency, creditor, mortgage holder or an other person or entity for the purpose of encumbering the property or damaging the credit of, or causing economic, financial, or other harm to any employee of the United States as a means to molest, interrupt, hinder or impede that person in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

6. Defendant Condon is permanently enjoined from contacting or causing to be contacted any credit reporting agency, creditor, mortgage holder or any other person or

entity for the purpose of encumbering the property, damaging the credit of, or causing economic, financial, or other harm to any person or entity as a means to molest, interrupt, hinder or impede that person or entity in the course of complying with any directive of or otherwise cooperating with any employee of the United States in the course of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

7. Defendant Condon is permanently enjoined from acting or attempting to act in any other manner to molest, interrupt, hinder, or impede any employee of the United States or officer of the United States District Court in the performance of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue;

8. Defendant Condon is permanently enjoined from acting or attempting to act in any other manner to molest, interrupt, hinder, or impede any other person or entity who complies with any directive of or otherwise cooperates with any employee of the United States in the course of his or her official duties in the enforcement of the laws of the United States pertaining to internal revenue; and

9. If any document submitted for recording in the Official Records of Orange County, Florida, in the judgment of the Comptroller, her employees and successors, appears to violate any criteria set forth in paragraphs 1 through 8 of this Order, the Comptroller, her employees and successors are authorized and directed to refuse to record such document.

Furthermore, the Comptroller, her employees and successors are hereby authorized and directed to expunge any document from the Official Records of Orange County, Florida, upon notification in writing from the Department of Justice, Internal Revenue Service, or this Court that such document violates any provision or criteria set forth in this Order.

Done this __21st__ day of __April__, 2005.  9:25 AM

ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE