# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION



UNITED STATES OF AMERICA,

Plaintiff,

-vs-                                           Case No. 6:05-cv-85-Orl-22KRS

DAVID R. CONDON and MARTHA O.
HAYNIE, Comptroller, Orange County,
Florida,

Defendants.
_____

## ORDER

This cause comes before the Court on consideration of the Plaintiff's Response (Doc. No. 23) to this Court's Order to Show Cause (Doc. No. 22) as to why this case should not be dismissed for lack of prosecution. Plaintiff represents in its Response that given the issuance of a permanent injunction in this case, the United States does not seek any further relief and requests that the case be closed rather than dismissed.

Based on the foregoing, it is ORDERED that the Clerk close this file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 14, 2005.

KARLA R. SPAULDING
U.S. Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party